[No. 44505-7-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EARL ACRON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01597-1, Thomas J. Wynne, J., entered April 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44405-1-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00633-6, Ronald L. Castleberry, J., entered November 4, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44631-2-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD W. LUNA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07603-4, Michael Hayden, J., entered May 10, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45205-3-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES NIKULA, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00301-7, Ellen J. Fair, J., entered September 10, 1999. *Affirmed* by unpublished per curiam opinion.